424 A.2d 506

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Clifton PALMER, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 13, 1980.

Decided Jan. 30, 1981.

Roland J. Atkins, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Order affirmed.